FILED & ENTERED

OCT 27 2020

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY bolte    DEPUTY CLERK

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA – SANTA ANA DIVISION

| | |
|---|---|
| In re<br>LUMINANCE RECOVERY CENTER, LLC, a California limited liability company, *et al.*,<br>   Debtors. | Case No.: 8:18-bk-10969-SC<br>Matter assigned to Scott C. Clarkson<br>Chapter 7 |
| SCOTTSDALE INSURANCE COMPANY,<br>   Plaintiff,<br>   v.<br>MICHAEL E. CASTANON,<br>   Defendant.<br>RICHARD A. MARSHACK, Chapter 7 Trustee,<br>   Intervenor. | Adversary Proceeding No. 8:20-ap-01123<br>**ORDER OF CONSOLIDATION** |

Upon the oral motion of Defendant Richard A. Marshack, Chapter 7 Trustee on September 30, 2020 to consolidate this case with a related adversary proceeding filed by the Trustee styled *Marshack v. Scottsdale Insurance Company*, Adv. 8:20-ap-1104-SC, the Court hereby **ORDERS**:

COZEN O'CONNOR
601 S. FIGUEROA STREET, SUITE 3700
LOS ANGELES, CA 90017

That pursuant to Bankr. R. 7042, and Fed. R. Civ. P. 42(b), the following cases are consolidated:

*Scottsdale Insurance Co. v. Michael E. Castanon*, *et al.,* Adv. Proceeding No. 8:20-ap-01123

*Marshack v. Scottsdale Insurance Company*, Adv. Proceeding No. 8:20-ap-1104-SC.

**IT IS SO ORDERED.**

Date: October 27, 2020

Scott C. Clarkson
United States Bankruptcy Judge