| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| Valerie D. Rojas (SBN 180041)<br>vrojas@cozen.com<br>COZEN O'CONNOR<br>601 South Figueroa Street, Suite 3700<br>Los Angelges, CA 90017-5556<br>Telephone: (213) 892-7900<br>Facsimile: (213) 892-7999<br><br>Sabrina Haurin (admitted pro hac vice)<br>shaurin@baileycav.com<br>Christopher Burch (admitted pro hac vice)<br>cburch@baileycav.com<br>BAILEY CAVALIERI LLC<br>10 West Broad Sreet, Suite 2100<br>Columbus, Ohio 43215-3422<br>Telephone: (614) 221-3155<br>Facsimile: (614) 221-0479<br><br>☐ *Individual appearing without attorney*<br>☒ *Attorney for:* SCOTTSDALE INSURANCE COMPANY, Plaintiff | |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA -** SANTA ANA DIVISION

| In re:<br><br>LUMINANCE RECOVERY CENTER, LLC<br><br>Debtor(s). | CASE NO.: 8:18-bk-10969-SC<br><br>ADVERSARY NO.: 8:20-ap-01123-SC<br><br>CHAPTER: 7 |
|---|---|
| SCOTTSDALE INSURANCE COMPANY<br><br>Plaintiff(s).<br><br>vs.<br><br>MICHAEL E. CASTANON<br><br>Defendant(s). | **JOINT STATUS REPORT**<br>**[LBR 7016-1(a)(2)]** |
| | DATE: Nov. 18, 2020<br>TIME: 10:00 a.m.<br>COURTROOM: 5C<br>ADDRESS:<br>411 West Fourth Street<br>Santa Ana, CA 92701-4593 |

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*December 2015*                                                Page 1                                                **F 7016-1.STATUS.REPORT**

The parties submit the following JOINT STATUS REPORT in accordance with LBR 7016-1 (a)(2):

**A.  <u>PLEADINGS/SERVICE</u>:**

    1.   Have all parties been served with the complaint/counterclaim/cross-claim, etc. (Claims Documents)?   ☒ Yes  ☐ No

    2.   Have all parties filed and served answers to the Claims Documents?   ☐ Yes  ☒ No

    3.   Have all motions addressed to the Claims Documents been resolved?   ☐ Yes  ☒ No

    4.   Have counsel met and conferred in compliance with LBR 7026-1?   ☒ Yes  ☐ No

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*December 2015*        Page 1        **F 7016-1.STATUS.REPORT**

5. If your answer to any of the four preceding questions is anything <u>other</u> than an unqualified "YES," please explain below *(or on attached page)*:

On October 19, 2020, the parties submitted a Stipulation as to the Filing of Plaintiff's First Amended Complaint and Reponse Thereto (the "Stipulation"). In the Stipulation, the parties ask the Court to permit Plaintiff Scottsdale Insurance Company to file an amended complaint that would dismiss Defendant Michael Castanon from the lawsuit, thereby resolving Castanon's currenty-pending motion to dismiss, and, instead, to assert claims against Intervening Party Richard A. Marshack, Chapter 7 Trustee. In addition, the parties ask that the Court permit the Trustee to respond to the first amended complaint within 21 days after it is filed.

**B. <u>READINESS FOR TRIAL</u>:**

1. When will you be ready for trial in this case?

| <u>Plaintiff</u> | <u>Defendant</u> |
|---|---|
| 12 months | 9 months |

2. If your answer to the above is more than 4 months after the summons issued in this case, give reasons for further delay.

| <u>Plaintiff</u> | <u>Defendant</u> |
|---|---|
| Scottsdale anticipates that the parties will conduct written discovery from the parties and third-parties, several depositions will be needed of parties and non-parties, and dispositive motions will be filed. | This case will require some written discovery, depositions of party designees, limited expert discovery, and cross-motions on the enforceability of Scottsdale's bankrtupcy related exclusions and potentially on Scottsdale's breach of its duty to defend. Much of the disocvery will have to be conducted remotely due to Covid. |

3. When do you expect to complete <u>your</u> discovery efforts?

| <u>Plaintiff</u> | <u>Defendant</u> |
|---|---|
| 9 months | See answer #2. |

4. What additional discovery do you require to prepare for trial?

| <u>Plaintiff</u> | <u>Defendant</u> |
|---|---|
| See answer to Question No. 2 above | See answer #2. |

**C. <u>TRIAL TIME</u>:**

1. What is your estimate of the time required to present <u>your side of the case</u> at trial *(including rebuttal stage if applicable)?*

| <u>Plaintiff</u> | <u>Defendant</u> |
|---|---|
| 3-5 days | 3-5 days |

2. How many witnesses do you intend to call at trial *(including opposing parties)?*

| <u>Plaintiff</u> | <u>Defendant</u> |
|---|---|
| 6-7 witnesses, including experts | 4-5 witnesses |

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*December 2015*                         Page 2                         **F 7016-1.STATUS.REPORT**

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*December 2015*　　　　　　　　　　　　　　　　　　　　Page 2　　　　　　　　　　　　　　　　　　**F 7016-1.STATUS.REPORT**

3. How many exhibits do you anticipate using at trial?

| Plaintiff | Defendant |
|---|---|
| Under 50 exhibits | 20-30 including rebuttal |

**D. PRETRIAL CONFERENCE:**

A pretrial conference is usually conducted between a week to a month before trial, at which time a pretrial order will be signed by the court. [See LBR 7016-1.] If you believe that a pre-trial conference is not necessary or appropriate in this case, please so note below, stating your reasons:

| Plaintiff | Defendant |
|---|---|
| Pretrial conference ☒ is ☐ is not requested | Pretrial conference ☒ is ☐ is not requested |
| Reasons: | Reasons: |

| Plaintiff | Defendant |
|---|---|
| Pretrial conference should be set <u>after</u>: | Pretrial conference should be set <u>after</u>: |
| (*date*) May 19, 2021 | (*date*) May 19, 2021 |

**E. SETTLEMENT:**

1. What is the status of settlement efforts?

Scottsdale and the Trustee are in the process of attempting to schedule an early mediation in this matter and Case No. 8:-20-ap-01104-SC, which has been consolidated with this matter.

2. Has this dispute been formally mediated?    ☐ Yes    ☒ No
   If so, when?

3. Do you want this matter sent to mediation at this time?

| Plaintiff | Defendant |
|---|---|
| ☐ Yes    ☒ No | ☐ Yes    ☒ No |

The parties are in the process of arranging an early mediation of this matter to occur in November 2020 and are considering doing so through the use of the Court's mediation program. In the event that the parties determine to use the Court's mediation program, they will file the appropriate paperwork.

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*December 2015*    Page 3    **F 7016-1.STATUS.REPORT**

**F. FINAL JUDGMENT/ORDER:**

Any party who contests the bankruptcy court's authority to enter a final judgment and/or order in this adversary proceeding must raise its objection below. Failure to select either box below may be deemed consent.

| Plaintiff | Defendant |
|---|---|
| I ☐ do ☒ do not consent to the bankruptcy court's entry of a final judgment and/or order in this adversary proceeding. | I ☒ do ☐ do not consent to the bankruptcy court's entry of a final judgment and/or order in this adversary proceeding. |

**G. ADDITIONAL COMMENTS/RECOMMENDATIONS RE TRIAL:** *(Use additional page if necessary)*

Scottsdale does not consent to the bankruptcy court's entry of a final judgment and/or order in this adversary proceeding and does not consent to the bankruptcy court hearing any jury trial of this matter.

This matter has been consolidated with Case No. 8:20-ap-01104-SC, in which a case schedule has already been established as follows:

Last Date for Non-Discovery Pre-Trial Motions to Be Heard and Resolved: April 30, 2021

Last Day for Discovery to be completed, including receiving responses to discovery requests and the resolution of any discovery motion: March 31, 2021

Pre-trial conference: May 19, 2021 at 1:30 p.m.

Respectfully submitted,

Date: 11-06-20

Bailey Cavalieri LLC
Printed name of law firm

*[signature]*
Signature

Sabrina Haurinl
Printed name

Attorney for: Scottsdale Insurance Company

Date: 11/9/20

Reed Smith LLP
Printed name of law firm

*[signature]*
Signature

Benjamin R. Fliegel
Printed name

Attorney for: Richard Marshack, Chapter 7 Trustee

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:

A true and correct copy of the foregoing document entitled: **JOINT STATUS REPORT [LBR 7016-1 (a)(2)]** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

1. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On *(date)* 11/10/20, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

   Marsha A. Houston, David M. Halbreich, Christopher O. Rivas, and Benjamin R. Fliegel of REED SMITH LLP,
   355 South Grand Avenue, Suite 290, Los Angeles, CA  90071-1514; and
   Carlos A. De La Paz of ROSTAM LAW, INC., 453 S Spring St., Ste. 841, Los Angeles, CA 90013

   ☐ Service information continued on attached page

2. **SERVED BY UNITED STATES MAIL**:
On *(date)* _____, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

   ☐ Service information continued on attached page

3. **SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on *(date)* _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

   ☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 11/10/20 | Karla Uria | */s/ Karla Uria* |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |